IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| REBECCA KASHIWAGI, | ) |
|  | ) |
|  | ) Civil Action No. |
| Plaintiff, | ) |
|  | ) |
| v. | ) |
|  | ) |
| EXPERIAN INFORMATION SOLUTIONS, INC. | ) |
|  | ) |
| Defendant. | ) |
|  | ) |

# COMPLAINT

## PRELIMINARY STATEMENT

This is an action for damages brought by an individual consumer, Rebecca Kashiwagi, against Experian Information Solutions, Inc. ("Experian") for violations of the Fair Credit Reporting Act (hereafter the "FCRA"), 15 U.S.C. §§ 1681, *et seq.*

## THE PARTIES

1. Plaintiff Rebecca Kashiwagi is an adult individual residing in Jenkintown, Pennsylvania.

2. Experian is an Ohio corporation registered to conduct business in the Commonwealth of Pennsylvania.

## JURISDICTION & VENUE

3. This Court possesses federal question jurisdiction pursuant to 28 U.S.C. §1331 as this matter is an action arising under the laws of the United States.

4. Venue is proper in this district pursuant to 28 U.S.C. §1391(b)(1) & (2) because Defendant possesses sufficient contacts with this District to be deemed to reside in this District.

## FACTUAL ALLEGATIONS

5. Ms. Kashiwagi is a "consumer" as that term is defined by the FCRA. 15 U.S.C. §1681a(c).

6. Experian is a "consumer reporting agency" as that term is defined by the FCRA. 15 U.S.C. §1681a(f).

7. Experian has been failing to include a Citibank account that Ms. Kashiwagi opened in 2016 in Ms. Kashiwagi's credit file and credit reports.

8. Ms. Kashiwagi has received correspondence from Citibank informing her that Citibank has been reporting the account to Experian.

9. Experian has failed to include the Citibank account in Ms. Kashiwagi's credit file and credit reports since at least 2022.

10. Experian has been and continues to sell credit reports about Ms. Kashiwagi that failed to include the Citibank account.

11. The credit reports sold by Experian are "consumer reports" as that term is defined by the FCRA. 15 U.S.C. §1681a(d)(1).

12. Experian's failure to include the Citibank account in in Ms. Kashiwagi's credit file and credit reports negatively reflects upon Ms. Kashiwagi, her credit repayment history, her financial responsibility as a debtor and her credit worthiness.

13. Ms. Kashiwagi has submitted a dispute to Experian requesting that Experian include the Citibank account in her credit file and credit reports by following Experian's established procedures for disputing consumer credit information.

14. Plaintiff has been disputing with Experian from March 2025 through the present.

15. Notwithstanding Plaintiff's efforts, Experian has sent Plaintiff correspondence indicating its intent to not report the Citibank account in her credit reports and has continued to publish and disseminate credit reports without that information to other third parties, persons, entities and credit grantors from at least March 2025 through the present.

16. Experian negligently and recklessly failed to conduct reasonable investigations of Plaintiff's disputes, *inter alia*, by: failing to conduct any investigation into the dispute at all; failing to include the Citibank account in her credit file and credit reports after receiving Ms. Kashiwagi's dispute; failing to review and consider the information submitted by Ms. Kashiwagi; and failing to contact Ms. Kashiwagi to elicit more specific information about her dispute.

17. Experian also acted recklessly, *inter alia,* by routinely conducting investigations in the manner described above, and further, knew or should have known that the way it investigates disputes would result in erroneous verification of false, inaccurate, incomplete and misleading account information similar or identical to the result of the disputes here.

18. As a result of Defendant's conduct, Ms. Kashiwagi has suffered actual damages in the form of harm to credit reputation and credit score given that the account is in good standing and would have a positive effect on her credit rating, harm to personal reputation, lost time disputing and emotional distress.

19. At all times pertinent hereto, Defendant was acting by and through its agents, servants and/or employees who were acting within the course and scope of their agency or employment, and under the direct supervision and control of Defendant herein.

## COUNT I –EXPERIAN
## VIOLATIONS OF THE FCRA

20. Plaintiff incorporates the foregoing paragraphs as though the same were set forth at length herein.

21. Experian violated the FCRA by negligently and willfully failing to follow reasonable procedures to assure maximum possible accuracy when preparing a consumer report about Plaintiff as described above. 15 U.S.C. § 1681e(b).

22. Experian also violated the FCRA by negligently and willfully failing to conduct reasonable investigations of Plaintiff's disputes as described above. 15 U.S.C. §1681i(a).

23. The conduct of Experian was a direct and proximate cause and/or substantial factor in causing the injuries to Plaintiff as described above.

24. As a result of the violations of the FCRA by Experian identified herein, this Defendant is liable to Plaintiff for damages to include: statutory damages, actual damages, punitive damages, costs of this action and attorney's fees. 15 U.S.C. §§ 1681n & 1681o.

## **JURY TRIAL DEMAND**

25. Plaintiff demands trial by jury on all issues so triable.

**PRAYER FOR RELIEF**

**WHEREFORE**, Plaintiff seeks judgment in Plaintiff's favor and damages against the Defendant, based on the following requested relief:

(a) Actual damages;

(b) Statutory damages;

(c) Punitive damages;

(d) Costs and reasonable attorney's fees pursuant to 15 U.S.C. §§ 1681n, 1681o; and

(e) Such other and further relief as may be necessary, just and proper.

Dated: January 15, 2026                     Respectfully Submitted,

By: _____
Gregory Gorski, Esquire
Bar Number: 91365PA
**GORSKI LAW, PLLC**
610 Old York Road, Suite 400
Jenkintown, PA 19046
Tel: 215-330-2100
Fax: 215-893-8904
Email: greg@greggorskilaw.com

Attorneys for Plaintiff